JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant KOHL'S
DEPARTMENT STORES, INC. d/b/a
KOHL'S

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BEATRICE ANN LOPEZ<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC. dba KOHL'S; DOES I through X;, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02177 |

**STIPULATION AND ORDER TO
HOLD MANDATORY SETTLEMENT CONFERENCE PURSUANT TO LR 16-5**

Pursuant to LR 16-5, IT IS HEREBY STIPULATED AND AGREED between Plaintiff BEATRICE ANN LOPEZ, by and through her attorney, Zachariah B. Parry, Esq. of PICKARD PARRY PFAU, and Defendant, KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S, by and through its attorneys, Josh Cole Aicklen, Esq. and David B.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4849-0795-6009.1

Avakian, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, to participate in a Mandatory Settlement Conference:

| | |
|---|---|
| DATED 30th day of September, 2015. | DATED this 30th day of September, 2015. |
| LEWIS BRISBOIS BISGAARD & SMITH | PICKARD PARRY PFAU |
| /s/ David B. Avakian<br>JOSH COLE AICKLEN<br>Nevada Bar No. 007254<br>DAVID B. AVAKIAN<br>Nevada Bar No. 009502<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S | /s/ Zachariah B. Parry<br>ZACHARIAH B. PARRY<br>Nevada Bar No. 11677<br>10120 S. Eastern Avenue, Suite 140<br>Henderson, Nevada 89052<br>Attorney for Plaintiff<br>BEATRICE ANN LOPEZ |

### ORDER

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE
DISTRICT COURT MAGISTRATE JUDGE

Dated: October 9, 2015