JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant KOHL'S
DEPARTMENT STORES, INC. d/b/a
KOHL'S

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE ANN LOPEZ, | Case No.: 2:14-cv-02177-JCM-PAL |
| Plaintiff, | |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC. dba KOHL'S; DOES I through X;, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPLATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF THE COMPLAINT FILED BY PLAINTIFF BEATRICE ANN LOPEZ**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff BEATRICE ANN LOPEZ's Complaint and all related claims in the above-entitled action against Defendant

/ / /

4846-0417-2588.1

KOHL'S DEPARTMENT STORES, INC. are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated this  3  day of ~~January~~ February, 2016      Dated this  3rd  day of ~~January~~ February, 2016

PICKARD PARRY PFAU

BY: _____
ZACHARIAH B. PARRY, ESQ.
Nevada Bar No. 011677
10120 S. Eastern Ave., Ste. 140
Henderson, NV 89052
Attorney for Plaintiff
BEATRICE ANN LOPEZ

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY: _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant KOHL'S
DEPARTMENT STORES, INC. d/b/a
KOHL'S

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-0417-2588.1

2

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff BEATRICE ANN LOPEZ's Complaint and any and all related claims in the above-entitled action against Defendant KOHL'S DEPARTMENT STORES, INC. are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated February 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

This 3rd day of February, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC. d/b/a KOHL'S

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this _____ day of January, 2016, I did cause a true copy of **STIPLATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT FILED BY PLAINTIFF BEATRICE ANN LOPEZ** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Zachariah B. Parry, Esq.
PICKARD PARRY PFAU
10120 S. Eastern Ave., Ste. 140
Henderson, NV 89052
P: 702-910-4300
F: 702-910-4303
zach@pickardparry.com
Attorney for Plaintiff
BEATRICE ANN LOPEZ

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP